456 A.2d 1096

Commonwealth v. Clinton, Appellant.

Submitted December 7, 1981. Thomas J. Munley, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and McEWEN, JJ.*

Judgment of sentence is affirmed.